| | |
|---|---|
| 1 | DONALD M. RÉ, SBN 49079 |
| 2 | A Professional Law Corporation |
| | One Wilshire Building |
| 3 | 624 S. Grand Avenue, 22nd Floor |
| | Los Angeles, California 90017 |
| 4 | Telephone: (213) 623-4234 |
| | Email: donaldmreplc@yahoo.com |
| 5 | |
| 6 | Attorney for Defendant |
| | HUNG CAO NGUYEN |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | USDC CASE NO. 2:12-cr-0309-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION TO MODIFY |
| | ) | CONDITION OF RELEASE |
| v. | ) | |
| | ) | |
| HUNG CAO NGUYEN, | ) | |
| | ) | |
| Defendants. | ) | |

The Plaintiff, United States of America, by and through its counsel of record, Assistant United States Attorney, JASON HITT and the defendant, HUNG CAO NGUYEN, by and through his counsel of record, DONALD M. RÉ, do hereby stipulate that:

1. Defendant's Special Conditions of Release, condition 10 shall be amended to delete the requirement that the defendant submit to drug or alcohol testing as directed by the Pretrial Services Officer.

///

///

///

///

2. Michelle Ries, (213) 894-0026 defendant's Pretrial Services Officer, has no objection to this request.

IT IS SO STIPULATED.                    Respectfully submitted,

Dated: September  25 , 2013              BENJAMIN J. WAGNER
                                         United States Attorney



                                         By:    /s/   Jason Hitt
                                         JASON HITT
                                         Assistant United States Attorney
                                         Counsel for Plaintiff
                                         United States of America



Dated: September 25 , 2013               By:    /s/   Donald M. Ré
                                         DONALD M. RÉ
                                         Counsel for Defendant
                                         HUNG CAO NGUYEN



**IT IS SO ORDERED.**

Dated: 9/30/2013                         /s/ John A. Mendez
                                         JOHN  A. MENDEZ
                                         UNITED  STATES  DISTRICT  COURT  JUDGE